# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Randolph Herrera** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **1:04CR01871-001LH**<br>USM Number: **12082-051**<br>Defense Attorney: **Benjamin Gonzales** |

THE DEFENDANT:

☒ admitted guilt to violations of condition(s)  **MC, Special**  of the term of supervision.
☐ was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MC | The defendant committed another federal, state or local crime. | 07/04/2013 |

The defendant is sentenced as provided in pages 1 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **7468**<br>Last Four Digits of Defendant's Soc. Sec. No. | **August 20, 2013**<br>Date of Imposition of Judgment |
| **1973**<br>Defendant's Year of Birth | **/s/ J. Thomas Marten**<br>Signature of Judge |
| **Zia Pueblo, NM**<br>City and State of Defendant's Residence | **J. Thomas Marten**<br>**United States District Judge**<br>Name and Title of Judge |
| | **August 26, 2013**<br>Date Signed |

AO 245D (Rev. 12/10) Sheet 1 Judgment in a Criminal Case for Revocations Sheet 1A　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judgment Page 2 of 3

Defendant: **Randolph Herrera**
Case Number: **1:04CR01871-001LH**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Special | The defendant failed to refrain from the use and possession of alcohol and other forms of intoxicants. | 07/04/2013 |

AO 245D (Rev. 12/10) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment
Judgment Page 3 of 3

Defendant: **Randolph Herrera**
Case Number: **1:04CR01871-001LH**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **two days or time served, whichever is less** .

**A term of Supervised Release is not reimposed.**

☐    The court makes these recommendations to the Bureau of Prisons:


☐    The defendant is remanded to the custody of the United States Marshal.
☐    The defendant shall surrender to the United States Marshal for this district:
  ☐    at  on
  ☐    as notified by the United States Marshal.
☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐    before 2 p.m. on
  ☐    as notified by the United States Marshal
  ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL